UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. ALLEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RASHUAN Q. DEAN, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-01150-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 2, 8)<br><br>ORDER REQUIRING PLAINTIFF TO PAY FILING FEE IN FULL WITHIN FORTY-FIVE DAYS |

　　　　James D. Allen, also known as Llord Allen ("plaintiff"), is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 3, 2021, the assigned magistrate judge entered findings and recommendations, recommending that "Plaintiff's application to proceed in forma pauperis be DENIED" and that "Plaintiff be directed to pay the $402.00 filing fee in full if he wants to proceed with this action." (Doc. No. 8 at 2.)

　　　　Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

1

magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 3, 2021, (Doc. No. 8), are adopted in full;
2. Plaintiff's application to proceed in forma pauperis, (Doc. No. 2), is denied; and
3. If plaintiff wants to proceed with this action, plaintiff shall pay the $402 filing fee in full within forty-five days of the date of service of this order. If plaintiff fails to pay the filing fee in full within forty-five days, this action will be dismissed.

IT IS SO ORDERED.

Dated:  **September 17, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE