# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. ALLEN, aka LLORD J.P. ALLEN,<br><br>Plaintiff,<br><br>v.<br><br>RASHUAN Q. DEAN, et al.,<br><br>Defendants. | Case No. 1:21-cv-01150-JLT-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S LETTER DATED JANUARY 18, 2022<br><br>(ECF No. 26) |

James D. Allen, also known as Llord Allen ("Plaintiff"), is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 24, 2022, the Court received a letter from Plaintiff that is dated January 18, 2022. (ECF No. 26). Plaintiff acknowledges that District Judge Thurston is now assigned to the case. He also states that he agrees to an early settlement conference and asks if he should "annul" the notice he received from Deputy Attorney General Juliet Lompa until he receives a new notice from the newly reassigned Deputy Attorney General Lawrence Bragg.

The Court notes that defendant Dean has forty-five days from January 7, 2022, to opt out of the settlement conference or to contact Sujean Park to set the settlement conference. (ECF No. 22). As to Plaintiff's question regarding whether he should "annul" the notice, it is not clear what Plaintiff is asking, but Juliet Lompa is representing defendant Dean, not Lawrence Bragg.

\\\

1

The Court will take no further action on Plaintiff's letter dated January 18, 2022.

IT IS SO ORDERED.

Dated:  **January 27, 2022**                    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE