UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. ALLEN, aka LLORD J.P. ALLEN,<br><br>Plaintiff,<br><br>v.<br><br>RASHUAN Q. DEAN, et al.,<br><br>Defendants. | No. 1:21-cv-01150-JLT-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Docs. 1, 12, 14) |

James D. Allen, also known as Llord Allen ("Plaintiff"), is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 6, 2021, the assigned magistrate judge entered findings and recommendations, recommending "that all claims and defendants be dismissed, except for Plaintiff's First Amendment retaliation claim against defendant Dean." (Doc. 14 at 2.)

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

1

court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on December 6, 2021, (Doc. 14), are adopted in full;
2. All claims and defendants are dismissed, except for Plaintiff's First Amendment retaliation claim against defendant Dean; and
3. The Clerk of Court is directed to reflect the dismissal of all defendants on the Court's docket, except for defendant Rashuan Q. Dean.

IT IS SO ORDERED.

Dated:   **February 7, 2022**

UNITED STATES DISTRICT JUDGE